NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5079

QIAN IBRAHIM ZHAO,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no.
09-CV-463, Judge Charles F. Lettow.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Qian Ibrahim Zhao moves for a "Stay of Deportation Pending Resolution of Petitioner's petition for review."

Zhao's case before this court does not involve review of deportation proceedings. Thus, his motion is denied.

Accordingly,

IT IS ORDERED THAT:

Zhao's motion is denied.

FOR THE COURT

APR 0 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Qian Ibrahim Zhao
    Douglas G. Edelschick, Esq.

S8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 9 2010

JAN HORBALY
CLERK